# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY KEATING, | ) | |
| | ) | |
| *Plaintiff/Counter-Defendant* | ) | Case No. 1:20-cv-05598 |
| | ) | |
| v. | ) | Judge Martha M. Pacold |
| | ) | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) ) ) | Magistrate Judge Sunil R. Harjani |
| | ) | |
| *Defendant/Counter-Plaintiff* | ) | |

## STIPULATION OF DISMISSAL

All matters in controversy in the above captioned cause of action having been fully compromised, agreed, and settled pursuant to the terms of a written settlement agreement, plaintiff, Jeffrey Keating ("Plaintiff"), and defendant, Hartford Life and Accident Insurance Company ("Hartford"), hereby stipulate and agree to the dismissal of Plaintiff's Complaint, Hartford's Counterclaim and the above captioned lawsuit, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

By: /s/ Jacqueline J. Herring
Attorney for Defendant,
Hartford Life and Accident Insurance
Company

Jacqueline J. Herring (Ill. Bar No. 6282246)
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle St. Suite 3130
Chicago, Illinois 60601
P: 312-541-0300
jackie.herring@svs-law.com

By: /s/ Matthew B. Schiff (with consent)
Attorney for Plaintiff,
Jeffrey Keating

Matthew B. Schiff
Sugar Felsenthal Grais & Helsinger LLP
30 N. LaSalle St., Ste. 3000
Chicago, Illinois 60602
P: 312-704-2171
mschiff@sfgh.com

**CERTIFICATE OF SERVICE**

I certify that on March 1, 2021, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will send notification of such filing on the following attorney:

Matthew B. Schiff
Kathryn C. Nadro
Joelle M. Shabat
Sugar Felsenthal Grais & Helsinger LLP
30 N. LaSalle St., Ste. 3000
Chicago, Illinois 60602
mschiff@sfgh.com
knadro@sfgh.com
jshabat@sfgh.com

*/s/ Jacqueline J. Herring*
SMITH | VON SCHLEICHER + ASSOCIATES
180 N. LaSalle St. Suite 3130
Chicago, Illinois 60601
P 312. 541.0300 | F 312.541.0933
jackie.herring@svs-law.com
Ill. Bar No. 6282246